[No. 3284-2.   Division Two.   September 21, 1979.]

EVAN G. ERTMAN, *Appellant,* v. THE CITY OF
OLYMPIA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 54501, Frank E. Baker, J., entered
December 27, 1977. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 6642-1.   Division One.   September 24, 1979.]

PETERSBURG PROCESSORS, INC., ET AL, *Respondents,* v.
TRACO, INC., ET AL, *Respondents,* LLOYD
ERICKSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 825252, George H. Revelle, J., entered May 9,
1978. *Affirmed* by unpublished per curiam opinion.

[No. 3616-2.   Division Two.   September 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CONNIE
RUTHERFORD, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4879, Gerald B. Chamberlin, J.,
entered August 4, 1978. *Affirmed* by unpublished opinion
per Pearson, C.J., concurred in by Petrie and Soule, JJ.

[No. 3688-2.   Division Two.   September 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
JOSEPH CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 53879, E. Albert Morrison, J., entered Sep-
tember 21, 1978. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Soule, JJ.